CAUSE NUMBER 1140010

ERVIN LEE/EQUITY CUSTOM BUILDERS, LLC. IN C.C.C.L. #2
THE COUNTY CIVIL COURT
512 N.HAMPTON ROAD
DESOTO,TX 75115
PLAINTIFF
V.S.
PHILLIP AND TANAKA SMITH
13823 GREENRANCH DRIVE
HOUSTON,TX 77039
DEFENDANTS #1.

LOANCARE
INSURANCE PROCESSING CENTER
ATTN:LOSS DRAFT CORRESPONDENCE
1323 CELEBRATION BLVD.
FLORENCE,SC 29501
DEFENDANT#2

US.SMALL BUSINESS ADMINISTRATION
10737 GATEWAY WEST,SUITE#300
EL PASO,TX 79935
DEFENDANT#3

ALLSTATE INSURANCE COMPANY
P.O.BOX 672041
DALLAS,TEXAS 75267
PHONE#888-202-3716
P.O.BOX 672041
DALLAS,TX 75267
DEFENDANTS #4 AT
LAW NUMBER________

ORIGINAL PETITION FOR TORTIOUS INTERFERENCE
WITH EXISTING CONTRACT
ALTERNATIVE

MONEY HAD & RECEIVED

EXHIBIT B

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
Diane Trautman, County Clerk
Harris County, Texas

Deputy

CON:492264|15967773
Alba Fraire

ALTERNATIVE

MONEY HAD & RECEIVED

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ERVIN LEE/EQUITY CUSTOM CUILDERS, LLS, IN THE ABOVE STYLE AND SUIT

AND CAUSE NUMBERD, RESPECTFULLY SUBMITS THIS SUIT AND WOULD SHOW THE FOLLOWING:

I.

THE ELEMENTS OF AN ACTION FOR TORTIOUS INTERFERENCE WITH AN EXISTING CONTRACT ARE THE FOLLOWING:

1.THE PLAINTIFF HAD A VALID CONTRACT;

2.THE DEFENDANTS WILLFULLY AND INTENTIONALLY INTERFERED WITH THE CONTRACT;

3.THE INTERFERENCE PROXIMATELY CAUSED THE PLAINTIFF'S INJURY;AND

4.THE PLAINTIFF INCURRED ACTUAL DAMAGE OR LOSS.

II.

THE ELEMENT OF A CAUSE OF ACTION FOR MONEY HAD AND RECEIVED ARE THE FOLLOWING:

1.THE DEFENDANT'S HOLDS MONEY;AND

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
Diane Trautman, County Clerk
Harris County, Texas

Deputy

Alba Fraire

CON:492264|15967773

THE ELEMENTS OF AN ACTION FOR TORTIOUS INTERFERENCE WITH AN EXISTING CONTRACT ARE THE FOLLOWING:

1.THE PLAINTIFF HAD A VALID CONTRACT;

2.THE DEFENDANTS WILLFULLY AND INTENTIONALLY INTERFERED WITH THE CONTRACT;

3.THE INTERFERENCE PROXIMATELY CAUSED THE PLAINTIFF'S INJURY;AND

4.THE PLAINTIFF INCURRED ACTUAL DAMAGE OR LOSS.

II.

THE ELEMENT OF A CAUSE OF ACTION FOR MONEY HAD AND RECEIVED ARE THE FOLLOWING:

1.THE DEFENDANT'S HOLDS MONEY;AND

2.THE MONEY BELONGS TO THE PLAINTIFF IN EQUITY AND GOOD CONSCIENCE.

III.

TOTAL LOSS $194,722.50

RESPECTFULLY SUBMITED.

ERVIN LEE/EQUITY CUSTOM BUILDERS, LLC
DATE 7-22-2019

FILED
2019 AUG 22 PM 1:43
COUNTY CLERK
HARRIS COUNTY, TEXAS

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
Diane Trautman, County Clerk
Harris County, Texas

Deputy

CON:492264|15967773

Alba Fraire

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS

TOTAL LOSS $194,722.50

RESPECTFULLY SUBMITED.

ERVIN LEE/EQUITY CUSTOM BUILDERS, LLC
DATE 7-22-2019
7/22/2019

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
Diane Trautman, County Clerk
Harris County, Texas

Deputy
Alba Fraire

CON:492264|15967773

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS

1140010

TO; THE HONORABLE CLERK OF THE
COUNTY CIVIL COURT AT LAW,
OFFICE OF DIANE TRAUTMAN
201 CAROLINE,4TH FLOOR
P.O.BOX 1525
HOUSTON,TX 77251-1525

C.C.C.L. #2

DEAR CLERK,
PLEASE FILE THE ORIGINAL ,AND THE 4 COPYS,AND SERVICE TWO TO THE SMITHS IN HOUSTON TEXAS AND PLEASE SEND THE 3 FILED COPYS BACK TO ME,SO THE I CAN HAVE THE OTHER DEFENDANTS SERVICE IN OTHER STATES.

SINCERELY
ERVIN LEE
512 N.HAMPTON ROAD#410
DESOTO,TX 75115
7- -2019
07/22/2019

FILED
2019 AUG 22 PM 1:43
COUNTY CLERK
HARRIS COUNTY, TEXAS

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
Diane Trautman, County Clerk
Harris County, Texas

Deputy
Alba Fraire

CON:492264|15967774

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS



# DIANE TRAUTMAN

## COUNTY CLERK

July 26, 2019

Ervin Lee
512 N. Hampton Road #410
Desoto, TX 75115

RE: COUNTY CIVIL COURT AT LAW, OFFICE OF DIANE TRAUTMAN

ENCLOSED PLEASE FIND YOUR CHECK IN THE AMOUNT OF $382.00, WHICH WAS SENT TO THIS OFFICE FOR **FILING** AND OR **ISSUANCE**. PLEASE SEE BOX (ES) CHECKED FOR REASON RETURNED.

__ (1) NEED CORRECTED CHECK IN THE AMOUNT OF $

__ (2) NEED CASHIER'S CHECK OR MONEY ORDER IN THE AMOUNT OF $

__ (3) CHECK OR PETITION IS NOT SIGNED.

__ (4) WE CAN NOT ACCEPT ALTERED OR TEMPORARY CHECKS.

__ (5) PLEASE SEND COVER LETTER WITH MORE INFORMATION. PLEASE ENCLOSE CASE AND COURT NUMBER AND STYLE OF CASE.

__ (6) A SERVICE COPY FOR EACH DEFENDANT IS NEEDED.

X (7) OTHER: This is being returned for insufficient funds. The fees are as follows: $232.00 Filing Fee, $4 citation issuance fee (each), $75.00 Constable Service (in Harris County, each) Please mail back with correct funds.

**PLEASE MAKE CHECKS PAYABLE TO DIANE TRAUTMAN, COUNTY CLERK.**

SINCERELY,
DIANE TRAUTMAN, COUNTY CLERK

BY: Guillermo Gomez
DEPUTY CLERK

**201 Caroline, 4th Floor ○ P.O. Box 1525 ○ Houston, TX 77251-1525 ○ 713-755-6411**
**www.cclerk.hctx.net**

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
Diane Trautman, County Clerk
Harris County, Texas

Deputy

Alba Fraire

CON:492264|15967774

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS






CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

1006

77002

U.S. POSTAGE PAID
PM 2-Day
DESOTO, TX
75115
AUG 19, 19
AMOUNT
$14.00
R2304N117016-07

INSURED

RETURN RECEIPT REQUESTED

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

FROM: Ervin Lee
512 N. Hampton Rd. #410
Desoto TX 75115

TO:
Office of County Civil
Court At Law
201 Carolina 4th Floor
P.O. Box 1525 Houston TX
77002

Label 228, March 2016 FOR DOMESTIC AND INTERNATIONAL USE

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
**Diane Trautman, County Clerk**
Harris County, Texas

Deputy
Alba Fraire

CON:492264|15967774

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS

1140010
Harris County - County Civil Court at Law No. 2
9/26/2019 12:52 PM
Diane Trautman
County Clerk
Harris County

NO. 1140010

| | | |
|---|---|---|
| **ERVIN LEE AND EQUITY CUSTOM BUILDERS, LLC** | § | **IN THE COUNTY COURT AT LAW** |
| **Plaintiffs,** | § | |
| | § | |
| **V.** | § | **NO. 2** |
| | § | |
| **TANAKA SMITH AND PHILLIP SMITH** | § | |
| **Defendants.** | § | **HARRIS COUNTY, TEXAS** |

**DEFENDANTS' ORIGINAL ANSWER**

**NOW COME** Defendants, Tanaka Smith and Phillip Smith, named Defendants in the above-entitled and numbered cause, and file this Original Answer, and show the Court:

**GENERAL DENIAL**

Defendants deny each and every allegation of Plaintiffs' Original Petition, and demand strict proof thereof as required by the Texas Rules of Civil Procedure.

**PRAYER**

Defendants pray the Court, after notice and hearing or trial, enters judgment in favor of Defendants, awards Defendants the costs of court, attorney's fees, and such other and further relief as Defendants may be entitled to in law or in equity.

Respectfully submitted,

*/s/ Tanaka Smith*

*/s/ Phillip Smith*

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
Diane Trautman, County Clerk
Harris County, Texas

Alba Fraire Deputy

CON:492264|16065357

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS



**CERTIFICATE OF SERVICE**

I certify that on September 26, 2019 a true and correct copy of Defendants' Original Answer was served to each person listed below by the method indicated.

Ervin Lee
*Electronically through the Electronic Filing Manager*

Equity Custom Builders, LLC
*Electronically through the Electronic Filing Manager*

*/s/ Tanaka Smith*
Tanaka Smith

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
Diane Trautman, County Clerk
Harris County, Texas

Alba Fraire Deputy

CON:492264|16065357





**OFFICE OF DIANE TRAUTMAN**
COUNTY CLERK, HARRIS COUNTY, TEXAS
COUNTY CIVIL COURTS DEPARTMENT

**Docket Number:** **1140010**
**Receipt Number:** CL-2019-314995 **Date:** 08/22/2019 **Sheriff/Constable Fee:** $75.00

ERVIN LEE, ET AL
**Plaintiff**
**VS.**
PHILLIP SMITH, ET AL
**Defendant**

In The County Civil Court at Law No. 2
201 Caroline, No. 517
Houston, TX 77002

**THE STATE OF TEXAS**
**ORIGINAL PETITION CITATION**

To: Phillip Smith
13823 Greenranch Drive
Houston, TX 77039

Attached is a copy of petition.
This instrument was filed on the **22nd day of August, 2019,** in the above cited cause number and court. The instrument attached describes the claim against you.

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the county clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Issued and given under my hand and the seal of said court, at Houston, Texas, on this 23rd day of August, 2019

(Seal)

Diane Trautman, County Clerk
County Civil Court at Law No. 2
201 Caroline, Suite 300
Harris County, Texas

Jesse Salas
Deputy County Clerk

Requested By: ERVIN LEE; EQUITY CUSTOM BUILDERS LLC
512 N HAMPTON ROAD
DE SOTO TX 75115

P.O. Box 1525 ● Houston, TX 77251-1525 ● (713) 274-1374

Confidential information may have been redacted from the document in compliance with the Public Information Act.

**A Certified Copy**
**Attest: 10/21/2019**
**Diane Trautman, County Clerk**
**Harris County, Texas**

**Deputy**
Alba Fraire

CON:492264|15968529

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS

**OFFICE OF DIANE TRAUTMAN**
COUNTY CLERK, HARRIS COUNTY, TEXAS
COUNTY CIVIL COURTS DEPARTMENT

**Docket Number:** 1140010
**Receipt Number:** CL-2019-314995 **Date:** 08/22/2019 **Sheriff/Constable Fee:** $75.00

ERVIN LEE, ET AL
**Plaintiff**
**VS.**
PHILLIP SMITH, ET AL
**Defendant**

In The County Civil Court at Law No. 2
201 Caroline, No. 517
Houston, TX 77002

**THE STATE OF TEXAS**
**ORIGINAL PETITION CITATION**

To: Tanaka Smith
13823 Greenranch Drive
Houston, TX 77039

Attached is a copy of petition.
This instrument was filed on the **22nd day of August, 2019,** in the above cited cause number and court. The instrument attached describes the claim against you.

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the county clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Issued and given under my hand and the seal of said court, at Houston, Texas, on this 23rd day of August, 2019

(Seal)

Diane Trautman, County Clerk
County Civil Court at Law No. 2
201 Caroline, Suite 300
Harris County, Texas

Jesse Salas
Deputy County Clerk

Requested By: ERVIN LEE; EQUITY CUSTOM BUILDERS LLC
512 N HAMPTON ROAD
DE SOTO TX 75115

P.O. Box 1525 ● Houston, TX 77251-1525 ● (713) 274-1374

Form No. H01029 (Rev. 08/29/2016) WWW.CCLERK.HCTX.NET Page 1 of 1

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
**Diane Trautman, County Clerk**
Harris County, Texas

 Deputy
Alba Fraire

CON:492264|15968528





**OFFICE OF DIANE TRAUTMAN**
COUNTY CLERK, HARRIS COUNTY, TEXAS
COUNTY CIVIL COURTS DEPARTMENT

**Docket Number: 1140010**
**Receipt Number: Date: Sheriff/Constable Fee: $**

ERVIN LEE, ET AL
**Plaintiff**
**VS.**
PHILLIP SMITH, ET AL
**Defendant**

In The County Civil Court at Law No. 2
201 Caroline, No. 517
Houston, TX 77002

**THE STATE OF TEXAS**
**ORIGINAL PETITION CITATION**

To: LOANCARE INSURANCE PROCESSING CENTER
ATTN: LOSS DRAFT CORRESPONDENCE
1323 CELEBRATION BLVD.
FLORENCE, SC 29501

Attached is a copy of petition.
This instrument was filed on the **22nd day of August, 2019,** in the above cited cause number and court. The instrument attached describes the claim against you.

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the county clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Issued and given under my hand and the seal of said court, at Houston, Texas, on this 23rd day of August, 2019

(Seal)

Diane Trautman, County Clerk
County Civil Court at Law No. 2
201 Caroline, Suite 300
Harris County, Texas

Jesse Salas
Deputy County Clerk

Requested By: ERVIN LEE; EQUITY CUSTOM BUILDERS LLC
512 N HAMPTON ROAD
DE SOTO TX 75115

Confidential information may have been redacted from the document in compliance with the Public Information Act.

**A Certified Copy**
**Attest: 10/21/2019**
**Diane Trautman, County Clerk**
**Harris County, Texas**

**Deputy**

Alba Fraire

CON:492264|15968564

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS



**OFFICE OF DIANE TRAUTMAN**
COUNTY CLERK, HARRIS COUNTY, TEXAS
COUNTY CIVIL COURTS DEPARTMENT

**Docket Number: 1140010**
**Receipt Number: Date: Sheriff/Constable Fee: $**

ERVIN LEE, ET AL
**Plaintiff**
**VS.**
PHILLIP SMITH, ET AL
**Defendant**

In The County Civil Court at Law No. 2
201 Caroline, No. 517
Houston, TX 77002

**THE STATE OF TEXAS**
**ORIGINAL PETITION CITATION**

To: US SMALL BUSINESS ADMINISTRATION
10737 GATEWAY WEST, SUITE #300
EL PASO, TX 79935

Attached is a copy of petition.
This instrument was filed on the **22nd day of August, 2019,** in the above cited cause number and court. The instrument attached describes the claim against you.

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the county clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Issued and given under my hand and the seal of said court, at Houston, Texas, on this 23rd day of August, 2019

(Seal)

Diane Trautman, County Clerk
County Civil Court at Law No. 2
201 Caroline, Suite 300
Harris County, Texas

Jesse Salas
Deputy County Clerk

Requested By: ERVIN LEE; EQUITY CUSTOM BUILDERS LLC
512 N HAMPTON ROAD
DE SOTO TX 75115

Confidential information may have been redacted from the document in compliance with the Public Information Act.

**A Certified Copy**
**Attest: 10/21/2019**
**Diane Trautman, County Clerk**
**Harris County, Texas**

Deputy

Alba Fraire

CON:492264|15968565

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS





**OFFICE OF DIANE TRAUTMAN**
COUNTY CLERK, HARRIS COUNTY, TEXAS
COUNTY CIVIL COURTS DEPARTMENT

**Docket Number: 1140010**
**Receipt Number: Date: Sheriff/Constable Fee: $**

ERVIN LEE, ET AL
**Plaintiff**
**VS.**
PHILLIP SMITH, ET AL
**Defendant**

In The County Civil Court at Law No. 2
201 Caroline, No. 517
Houston, TX 77002

**THE STATE OF TEXAS**
**ORIGINAL PETITION CITATION**

To: ALLSTATE INSURANCE COMPANY
P.O. BOX 672041
DALLAS, TEXAS 75267

Attached is a copy of petition.
This instrument was filed on the **22nd day of August, 2019,** in the above cited cause number and court. The instrument attached describes the claim against you.

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the county clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Issued and given under my hand and the seal of said court, at Houston, Texas, on this 23rd day of August, 2019

(Seal)

Diane Trautman, County Clerk
County Civil Court at Law No. 2
201 Caroline, Suite 300
Harris County, Texas

Jesse Salas
Deputy County Clerk

Requested By: ERVIN LEE; EQUITY CUSTOM BUILDERS LLC
512 N HAMPTON ROAD
DE SOTO TX 75115

**Confidential information may have been redacted from the document in compliance with the Public Information Act.**

**A Certified Copy**
**Attest: 10/21/2019**
**Diane Trautman, County Clerk**
**Harris County, Texas**

Alba Fraire **Deputy**

CON:492264|15968570





1018 / 414A

**OFFICE OF DIANE TRAUTMAN**
COUNTY CLERK, HARRIS COUNTY, TEXAS
COUNTY CIVIL COURTS DEPARTMENT

**Docket Number: 1140010**
**Receipt Number:** CL-2019-314995 **Date:** 08/22/2019 **Sheriff/Constable Fee:** $75.00

2019 AUG 26 PM 12:32

ERVIN LEE, ET AL
**Plaintiff**
**VS.**
PHILLIP SMITH, ET AL
**Defendant**

In The County Civil Court at Law No. 2
201 Caroline, No. 517
Houston, TX 77002

**THE STATE OF TEXAS**
**ORIGINAL PETITION CITATION**

To: Tanaka Smith
13823 Greenranch Drive
Houston, TX 77039

Attached is a copy of petition.
This instrument was filed on the **22nd day of August, 2019**, in the above cited cause number and court. The instrument attached describes the claim against you.

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the county clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Issued and given under my hand and the seal of said court, at Houston, Texas, on this 23rd day of August, 2019

(Seal)

Diane Trautman, County Clerk
County Civil Court at Law No. 2
201 Caroline, Suite 300
Harris County, Texas

Jesse Salas
Deputy County Clerk

Requested By: ERVIN LEE; EQUITY CUSTOM BUILDERS LLC
512 N HAMPTON ROAD
DE SOTO TX 75115

FILED
2019 SEP -5 AM 8:34
COUNTY CLERK
HARRIS COUNTY, TEXAS

P.O. Box 1525 ● Houston, TX 77251-1525 ● (713) 274-1374

Form No. H01029 (Rev. 08/29/2016) WWW.CCLERK.HCTX.NET Page 1 of 1

Confidential information may have been redacted from the document in compliance with the Public Information Act.

**A Certified Copy**
**Attest: 10/21/2019**
**Diane Trautman, County Clerk**
**Harris County, Texas**

Deputy
Alba Fraire

CON:492264|16001859

**OFFICER'S RETURN**

Came to hand on ______________________________, at __________ o'clock __.M. and

executed in ______________________________ County, Texas, by delivering to each of the within named Defendants, in person, a true copy of this Citation together with the accompanying copy of the Plaintiff's petition, at the following time and places to-wit:

| NAME | DATE | | | TIME | PLACE OR ADDRESS OF SERVICE |
|---|---|---|---|---|---|
| | Month | Day | Year | Hour / Min. - AM/PM | |
| | | | | | |
| | | | | | |
| | | | | | |

and not executed as to the Defendant ______________________________

the diligence used in finding said Defendant , being ______________________________

and the cause of failure to execute this process is: ______________________________

and the information received as to the whereabouts of the said Defendant , being: ______________________________

______________________________(Sheriff)

(Authorized Person) (Constable)

Sworn to and subscribed before me this __________ day ______________________________ County, Texas

of ______________________________

By ______________________________, Deput

(Notary Public)

**RETURN FOR NOTICE TO SERVE NON-RESIDENT DEFENDANT**

STATE OF ______________________ §

COUNTY OF ______________________ §

Before me, the undersigned authority, personally appeared ______________________________,

a person competent to make oath, and who by me being duly sworn, deposes and says; that this notice came to hand on __________

______________________________, at __________ o'clock A.M./P.M., and executed by delivering

to defendant, ______________________________, in person, at ______________________________

in ______________________________, County __________, State of

______________________________, on ______________________________, at __________ o'clock

A.M./P.M., a true copy of the notice, with a copy of plaintiff's petition attached thereto. He further says that he is in no manner interested in this Suit.

Sworn to and subscribed before me,

______________________________(Sheriff)

(Constable)

______________________________, County,

State of ______________________________

By ______________________________ Deputy

9998-496-CK

Form No. H-01-028 (Rev. 08/01/2011)

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
Diane Trautman, County Clerk
Harris County, Texas

Allafraire
______________________ Deputy
Alba Fraire

CON:492264|16001859

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS

## Constable Return of Individual

Cause #: 1140010 Tracking #: J06883596

In the case of ERVIN LEE, ET AL VS PHILLIP SMITH, ET AL a CITATION and attached ORIGINAL PETITION was issued by the County Civil Court 2 court of HARRIS County, TX and came to hand on the 26 day of August , 2019 at 12:26PM to be delivered at 13823 GREENRANCH DR , HOUSTON , TX 77039 by delivering to: TANAKA SMITH

(Attempted service at 13823 GREENRANCH DR, HOUSTON, TX, 77039 unless otherwise noted.)

| Date | Time | Deputy Name | Agency | Service Attempt Type | Attempted Address | Remarks |
|---|---|---|---|---|---|---|
| 9/3/2019 | 3:05:00 PM | John LeBlanc | 1 | SERVED DEFENDANT | 13823 GREENRANCH DR HOUSTON TX 77039 | |
| 8/29/2019 | 11:35:00 AM | John LeBlanc | 1 | PHONE CALL / EMAIL | 13823 GREENRANCH DR HOUSTON TX 77039 | DEFENDANT CALLED FROM CONTACT # 713-904-0666, TO MEET LATER |
| 8/29/2019 | 10:20:00 AM | John LeBlanc | 1 | PHONE CALL / EMAIL | 13823 GREENRANCH DR HOUSTON TX 77039 | DEFENDANT CALLED FROM CONTACT # 713-851-5017, TO MEET LATER |
| 8/28/2019 | 11:00:00 AM | John LeBlanc | 1 | NO ANSWER/LEFT CARD | 13823 GREENRANCH DR HOUSTON TX 77039 | VEHICLE LICENSE # KDN9708, PARKED IN THE DRIVEWAY IS REGISTERED TO THE DEFENDANT |

---

## Service of Individual

Executed in Harris County, Texas by delivering to each of the within name defendant by PERSONAL SERVICE ; a true copy of this CITATION together with the accompanying copy of the ORIGINAL PETITION , at the following times and places:

| Name | Date | Time | Full Address of Service |
|---|---|---|---|
| TANAKA SMITH | 9/3/2019 | 3:05PM | 13823 GREENRANCH DR HOUSTON TX 77039 |

Fee Due $ 0.00

by Deputy John LeBlanc - 1c18
Printed

Deputy Signature John LeBlanc 1C18

Attempts: 4

Total Attempts: 4

**Alan Rosen , Constable Precinct #1**
**Harris County Texas**
1302 Preston, 3rd Floor
Houston Texas 77002
713.755.5200

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
**Diane Trautman, County Clerk**
Harris County, Texas

allafraire Deputy
Alba Fraire

 CON:492264|16001859

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS



**OFFICE OF DIANE TRAUTMAN**
COUNTY CLERK, HARRIS COUNTY, TEXAS
COUNTY CIVIL COURTS DEPARTMENT

**Docket Number: 1140010**
**Receipt Number:** CL-2019-314995 **Date:** 08/22/2019 **Sheriff/Constable Fee:** $75.00

ERVIN LEE, ET AL
**Plaintiff**
**VS.**
PHILLIP SMITH, ET AL
**Defendant**

In The County Civil Court at Law No. 2
201 Caroline, No. 517
Houston, TX 77002

**THE STATE OF TEXAS**
**ORIGINAL PETITION CITATION**

To: Phillip Smith
13823 Greenranch Drive
Houston, TX 77039

Attached is a copy of petition.
This instrument was filed on the **22nd day of August, 2019,** in the above cited cause number and court. The instrument attached describes the claim against you.

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the county clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Issued and given under my hand and the seal of said court, at Houston, Texas, on this 23rd day of August, 2019

(Seal)

Diane Trautman, County Clerk
County Civil Court at Law No. 2
201 Caroline, Suite 300
Harris County, Texas

Jesse Salas
Deputy County Clerk

FILED
2019 SEP -5 AM 8:34
COUNTY CLERK
HARRIS COUNTY, TEXAS

Requested By: ERVIN LEE; EQUITY CUSTOM BUILDERS LLC
512 N HAMPTON ROAD
DE SOTO TX 75115

2019 AUG 25 PM 3:32

P.O. Box 1525 ● Houston, TX 77251-1525 ● (713) 274-1374

Form No. H01029 (Rev. 08/29/2016) WWW.CCLERK.HCTX.NET Page 1 of 1

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
**Diane Trautman, County Clerk**
Harris County, Texas

Alba Fraire Deputy

CON:492264|16001860

**OFFICER'S RETURN**

Came to hand on ______________________________, at __________ o'clock __.M. and

executed in ______________________________ County, Texas, by delivering to each of the within named Defendants, in person, a true copy of this Citation together with the accompanying copy of the Plaintiff's petition, at the following time and places to-wit:

| NAME | DATE | | | TIME | PLACE OR ADDRESS OF SERVICE |
|---|---|---|---|---|---|
| | Month | Day | Year | Hour / Min. - AM/PM | |
| | | | | | |
| | | | | | |
| | | | | | |

and not executed as to the Defendant ______________________________

the diligence used in finding said Defendant, being ______________________________

and the cause of failure to execute this process is: ______________________________

and the information received as to the whereabouts of the said Defendant, being: ______________________________

______________________________(Sheriff)

(Authorized Person) (Constable)

Sworn to and subscribed before me this __________ day ______________________________ County, Texas

of ______________________________

By ______________________________, Deput

(Notary Public)

**RETURN FOR NOTICE TO SERVE NON-RESIDENT DEFENDANT**

STATE OF ______________________ §

COUNTY OF ______________________ §

Before me, the undersigned authority, personally appeared ______________________________,

a person competent to make oath, and who by me being duly sworn, deposes and says; that this notice came to hand on __________________

______________________________, at __________ o'clock A.M./P.M., and executed by delivering

to defendant, ______________________________, in person, at ______________________________

in ______________________________, County __________, State of

______________________________, on ______________________________, at __________ o'clock

A.M./P.M., a true copy of the notice, with a copy of plaintiff's petition attached thereto. He further says that he is in no manner interested in this Suit.

Sworn to and subscribed before me,

______________________________

______________________________(Sheriff)

(Constable)

______________________________, County,

State of ______________________________

By ______________________________ Deputy

Form No. H-01-028 (Rev. 08/01/2011)

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
Diane Trautman, County Clerk
Harris County, Texas

Alba Fraire Deputy

CON:492264|16001860

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS

## Constable Return of Individual

Cause #: 1140010 Tracking #: J06883693

In the case of ERVIN LEE, ET AL VS PHILLIP SMITH, ET AL a CITATION and attached COPY OF PETITION was issued by the County Civil Court 2 court of HARRIS County, TX and came to hand on the 26 day of August , 2019 at 3:28PM to be delivered at 13823 GREENRANCH DR , HOUSTON , TX 77039 by delivering to: PHILLIP SMITH, ET AL

(Attempted service at 13823 GREENRANCH DR, HOUSTON, TX, 77039 unless otherwise noted.)

| Date | Time | Deputy Name | Agency | Service Attempt Type | Attempted Address | Remarks |
|---|---|---|---|---|---|---|
| 9/3/2019 | 3:05:00 PM | John LeBlanc | 1 | SERVED DEFENDANT | 13823 GREENRANCH DR HOUSTON TX 77039 | |
| 8/29/2019 | 11:35:00 AM | John LeBlanc | 1 | PHONE CALL / EMAIL | 13823 GREENRANCH DR HOUSTON TX 77039 | DEFENDANT CALLED FROM CONTACT # 713-904 -0666, TO MEET LATER |
| 8/29/2019 | 10:20:00 AM | John LeBlanc | 1 | PHONE CALL / EMAIL | 13823 GREENRANCH DR HOUSTON TX 77039 | DEFENDANT CALLED FROM CONTACT # 713-851 -5017, TO MEET LATER |
| 8/28/2019 | 11:00:00 AM | John LeBlanc | 1 | NO ANSWER/LEFT CARD | 13823 GREENRANCH DR HOUSTON TX 77039 | VEHICLE LICENSE # DV72153, PARKED IN THE DRIVEWAY IS REGISTERED TO THE DEFENDANT |

### Service of Individual

Executed in Harris County, Texas by delivering to each of the within name defendant by PERSONAL SERVICE ; a true copy of this CITATION together with the accompanying copy of the COPY OF PETITION , at the following times and places:

| Name | Date | Time | Full Address of Service |
|---|---|---|---|
| PHILLIP SMITH, ET AL | 9/3/2019 | 3:05PM | 13823 GREENRANCH DR HOUSTON TX 77039 |

Fee Due $ 0.00

by Deputy John LeBlanc - 1c18
Printed

Deputy Signature John LeBlanc 1c18

Attempts: 4

Total Attempts: 4

**Alan Rosen , Constable Precinct #1**
**Harris County Texas**
1302 Preston, 3rd Floor
Houston Texas 77002
713.755.5200

Confidential information may have been redacted from the document in compliance with the Public Information Act.

**A Certified Copy**
**Attest: 10/21/2019**
**Diane Trautman, County Clerk**
**Harris County, Texas**

Alba Fraire Deputy
Alba Fraire

CON:492264|16001860



Docket Number: 1140010

| Ervin Lee,Equity Custom Builders LLC vs Phillip Smith,Tanaka Smith,Loancare Insurance Processing Center,US Small Business Adminstration,Allstate Insurance Company | § § § § § § | In the County Civil Court at Law No. 2<br>Harris County, Texas |
|---|---|---|

**ORDER OF REFERRAL OF MEDIATION**

This case is appropriate for mediation pursuant to Tex. Civ. & Rem. Code Sec. 154.001, et seq. ROBERT CASEY is appointed a mediator in the above case, and all counsel are directed to arrange the logistics of mediation. The Mediator's address, phone and fax numbers are as follows:

ROBERT CASEY, 1627 WOODHUE SPRING, TX 77386, Mediator Phone: Work: 832-326-9294

Mediation is a mandatory, non-binding settlement conference, conducted with the assistance of a Mediator. Mediation is private, confidential, and privileged from process and discovery. After mediation, the Court will be advised only that the case did or did not settle. The Mediator shall not be a witness, and the Mediator's records may not be subpoenaed or used as evidence.

Fees for the mediation are to be agreed upon by the parties and the Mediator, and divided and borne equally by the parties unless agreed upon otherwise. Fees shall be paid by the parties directly to the Mediator, and shall be taxed as costs. Each party and counsel will be bound by the Rules for Mediation.

Named parties shall be present during the entire mediation process, and each corporate party must be represented by a person with authority to negotiate a settlement. The mediation must be completed within one week before trial setting. Counsel and parties shall try to agree upon a mediation date within fourteen days of the date of this order. If no agreed date can be scheduled, then the Mediator shall select a date, and all parties shall appear as directed by the Mediator.

Referral to the mediation is not a substitute for a trial and the case will be tried as assigned if not settled. Disputes as to fees may be submitted to the Court.

Signed on: 9/26/2019

Honorable Jim F. Kovach
Judge Presiding

ERVIN LEE
512 N HAMPTON ROAD
DE SOTO TX 75115

H01139 (Rev. 05/01/2011)

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
**Diane Trautman, County Clerk**
Harris County, Texas

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS

 Deputy

Alba Fraire

CON:492264|16066228

**HARRIS COUNTY CLERKS PARTIES RECEIVING MEDIATION NOTICES**

**Docket Number:** 1140010

| | | |
|---|---|---|
| Ervin Lee,Equity Custom Builders LLC vs Phillip Smith,Tanaka Smith,Loancare Insurance Processing Center,US Small Business Adminstration,Allstate Insurance Company | §<br>§<br>§<br>§<br>§<br>§ | In the County Civil Court at Law No. 2<br><br>Harris County, Texas |

**Mediator:**

ROBERT CASEY
1627 WOODHUE
SPRING, TX 77386
Work: 832-326-9294

**Parties:**

| Name | Bar Number | Address | Phone | Fax |
|---|---|---|---|---|
| Ervin Lee | | 512 N hampton Road De Soto TX 75115 | | |
| Equity Custom Builders LLC | | 512 N Hampton Road De Soto TX 75115 | | |
| Phillip Smith | | 13823 Greenranch Drive Houston TX 77039 | | |
| Tanaka Smith | | 13823 Greenranch Drive Houston TX 77039 | | |
| Loancare Insurance Processing Center | | c/o Loss Draft Correspondence 1323 Celebration Blvd Florence SC 29501 | | |
| US Small Business Adminstration | | 10737 Gateway Suite #300 El Paso TX 79935 | | |
| Allstate Insurance Company | | PO Box 672041 Dallas TX 75267 | 888-202-3716 | |
| ROBERT CASEY | | 1627 WOODHUE SPRING TX 77386 | 832-326-9294 | |

H01334 (Rev. 11/06/2015)

**Confidential information may have been redacted from the document in compliance with the Public Information Act.**

**A Certified Copy**
**Attest: 10/21/2019**
**Diane Trautman, County Clerk**
**Harris County, Texas**

**Deputy**

Alba Fraire

CON:492264|16066232

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS

H01334 (Rev. 11/06/2015)

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
Diane Trautman, County Clerk
Harris County, Texas

Deputy
Alba Fraire

CON:492264|16066232



**Docket Number: 1140010**

| | | |
|---|---|---|
| Ervin Lee,Equity Custom Builders LLC vs Phillip Smith,Tanaka Smith,Loancare Insurance Processing Center,US Small Business Adminstration,Allstate Insurance Company | § § § § § § | In the County Civil Court at Law No. 2<br><br>Harris County, Texas |

**ORDER OF REFERRAL OF MEDIATION**

This case is appropriate for mediation pursuant to Tex. Civ. & Rem. Code Sec. 154.001, et seq. ROBERT CASEY is appointed a mediator in the above case, and all counsel are directed to arrange the logistics of mediation. The Mediator's address, phone and fax numbers are as follows:
ROBERT CASEY, 1627 WOODHUE SPRING, TX 77386, Mediator Phone: Work: 832-326-9294

Mediation is a mandatory, non-binding settlement conference, conducted with the assistance of a Mediator. Mediation is private, confidential, and privileged from process and discovery. After mediation, the Court will be advised only that the case did or did not settle. The Mediator shall not be a witness, and the Mediator's records may not be subpoenaed or used as evidence.

Fees for the mediation are to be agreed upon by the parties and the Mediator, and divided and borne equally by the parties unless agreed upon otherwise. Fees shall be paid by the parties directly to the Mediator, and shall be taxed as costs. Each party and counsel will be bound by the Rules for Mediation.

Named parties shall be present during the entire mediation process, and each corporate party must be represented by a person with authority to negotiate a settlement. The mediation must be completed within one week before trial setting. Counsel and parties shall try to agree upon a mediation date within fourteen days of the date of this order. If no agreed date can be scheduled, then the Mediator shall select a date, and all parties shall appear as directed by the Mediator.

Referral to the mediation is not a substitute for a trial and the case will be tried as assigned if not settled. Disputes as to fees may be submitted to the Court.

Signed on: 9/26/2019

Honorable Jim F. Kovach
Judge Presiding

PHILLIP SMITH
13823 GREENRANCH DRIVE
HOUSTON TX 77039

H01139 (Rev. 05/01/2011)

Confidential information may have been redacted from the document in compliance with the Public Information Act.

**A Certified Copy**
**Attest: 10/21/2019**
**Diane Trautman, County Clerk**
**Harris County, Texas**

Deputy
Alba Fraire

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS

CON:492264|16066229

Docket Number: 1140010

| | | |
|---|---|---|
| Ervin Lee,Equity Custom Builders LLC vs Phillip Smith,Tanaka Smith,Loancare Insurance Processing Center,US Small Business Adminstration,Allstate Insurance Company | § § § § § § | In the County Civil Court at Law No. 2<br>Harris County, Texas |

**ORDER OF REFERRAL OF MEDIATION**

This case is appropriate for mediation pursuant to Tex. Civ. & Rem. Code Sec. 154.001, et seq. ROBERT CASEY is appointed a mediator in the above case, and all counsel are directed to arrange the logistics of mediation. The Mediator's address, phone and fax numbers are as follows:
ROBERT CASEY, 1627 WOODHUE SPRING, TX 77386, Mediator Phone: Work: 832-326-9294

Mediation is a mandatory, non-binding settlement conference, conducted with the assistance of a Mediator. Mediation is private, confidential, and privileged from process and discovery. After mediation, the Court will be advised only that the case did or did not settle. The Mediator shall not be a witness, and the Mediator's records may not be subpoenaed or used as evidence.

Fees for the mediation are to be agreed upon by the parties and the Mediator, and divided and borne equally by the parties unless agreed upon otherwise. Fees shall be paid by the parties directly to the Mediator, and shall be taxed as costs. Each party and counsel will be bound by the Rules for Mediation.

Named parties shall be present during the entire mediation process, and each corporate party must be represented by a person with authority to negotiate a settlement. The mediation must be completed within one week before trial setting. Counsel and parties shall try to agree upon a mediation date within fourteen days of the date of this order. If no agreed date can be scheduled, then the Mediator shall select a date, and all parties shall appear as directed by the Mediator.

Referral to the mediation is not a substitute for a trial and the case will be tried as assigned if not settled. Disputes as to fees may be submitted to the Court.

Signed on: 9/26/2019

Honorable Jim F. Kovach
Judge Presiding

EQUITY CUSTOM BUILDERS LLC
512 N HAMPTON ROAD
DE SOTO TX 75115

H01139 (Rev. 05/01/2011)

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
Diane Trautman, County Clerk
Harris County, Texas

Deputy
Alba Fraire

CON:492264|16066230

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS

**Docket Number: 1140010**

| | | |
|---|---|---|
| Ervin Lee,Equity Custom Builders LLC vs Phillip Smith,Tanaka Smith,Loancare Insurance Processing Center,US Small Business Adminstration,Allstate Insurance Company | §<br>§<br>§<br>§<br>§<br>§ | In the County Civil Court at Law No. 2<br><br>Harris County, Texas |

**ORDER OF REFERRAL OF MEDIATION**

This case is appropriate for mediation pursuant to Tex. Civ. & Rem. Code Sec. 154.001, et seq. ROBERT CASEY is appointed a mediator in the above case, and all counsel are directed to arrange the logistics of mediation. The Mediator's address, phone and fax numbers are as follows:

ROBERT CASEY, 1627 WOODHUE SPRING, TX 77386, Mediator Phone: Work: 832-326-9294

Mediation is a mandatory, non-binding settlement conference, conducted with the assistance of a Mediator. Mediation is private, confidential, and privileged from process and discovery. After mediation, the Court will be advised only that the case did or did not settle. The Mediator shall not be a witness, and the Mediator's records may not be subpoenaed or used as evidence.

Fees for the mediation are to be agreed upon by the parties and the Mediator, and divided and borne equally by the parties unless agreed upon otherwise. Fees shall be paid by the parties directly to the Mediator, and shall be taxed as costs. Each party and counsel will be bound by the Rules for Mediation.

Named parties shall be present during the entire mediation process, and each corporate party must be represented by a person with authority to negotiate a settlement. The mediation must be completed within one week before trial setting. Counsel and parties shall try to agree upon a mediation date within fourteen days of the date of this order. If no agreed date can be scheduled, then the Mediator shall select a date, and all parties shall appear as directed by the Mediator.

Referral to the mediation is not a substitute for a trial and the case will be tried as assigned if not settled. Disputes as to fees may be submitted to the Court.

Signed on: 9/26/2019

Honorable Jim F. Kovach
Judge Presiding

TANAKA SMITH
13823 GREENRANCH DRIVE
HOUSTON TX 77039

H01139 (Rev. 05/01/2011)

Confidential information may have been redacted from the document in compliance with the Public Information Act.

**A Certified Copy**
**Attest: 10/21/2019**
**Diane Trautman, County Clerk**
**Harris County, Texas**

Deputy

Alba Fraire

CON:492264|16066231

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS

**Docket Number: 1140010**

| | | |
|---|---|---|
| Ervin Lee,Equity Custom Builders LLC vs Phillip Smith,Tanaka Smith,Loancare Insurance Processing Center,US Small Business Adminstration,Allstate Insurance Company | § § § § § § | In the County Civil Court at Law No. 2<br><br>Harris County, Texas |

**ORDER OF REFERRAL OF MEDIATION**

This case is appropriate for mediation pursuant to Tex. Civ. & Rem. Code Sec. 154.001, et seq. ROBERT CASEY is appointed a mediator in the above case, and all counsel are directed to arrange the logistics of mediation. The Mediator's address, phone and fax numbers are as follows:
ROBERT CASEY, 1627 WOODHUE SPRING, TX 77386, Mediator Phone: Work: 832-326-9294

Mediation is a mandatory, non-binding settlement conference, conducted with the assistance of a Mediator. Mediation is private, confidential, and privileged from process and discovery. After mediation, the Court will be advised only that the case did or did not settle. The Mediator shall not be a witness, and the Mediator's records may not be subpoenaed or used as evidence.

Fees for the mediation are to be agreed upon by the parties and the Mediator, and divided and borne equally by the parties unless agreed upon otherwise. Fees shall be paid by the parties directly to the Mediator, and shall be taxed as costs. Each party and counsel will be bound by the Rules for Mediation.

Named parties shall be present during the entire mediation process, and each corporate party must be represented by a person with authority to negotiate a settlement. The mediation must be completed within one week before trial setting. Counsel and parties shall try to agree upon a mediation date within fourteen days of the date of this order. If no agreed date can be scheduled, then the Mediator shall select a date, and all parties shall appear as directed by the Mediator.

Referral to the mediation is not a substitute for a trial and the case will be tried as assigned if not settled. Disputes as to fees may be submitted to the Court.

Signed on: 9/26/2019

Honorable Jim F. Kovach
Judge Presiding

ROBERT CASEY
1627 WOODHUE
SPRING TX 77386

H01139 (Rev. 05/01/2011)

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
**Diane Trautman, County Clerk**
Harris County, Texas

Deputy

CON:492264|16066233

Alba Fraire

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS

**Docket Number: 1140010**

| | | |
|---|---|---|
| Ervin Lee,Equity Custom Builders LLC vs Phillip Smith,Tanaka Smith,Loancare Insurance Processing Center,US Small Business Adminstration,Allstate Insurance Company | §<br>§<br>§<br>§<br>§<br>§ | In the County Civil Court at Law No. 2<br><br>Harris County, Texas |

**ORDER**

By order of this court, on 9/26/2019 ROBERT CASEY was appointed to serve as MEDIATOR in this case.

The following fees were agreed upon by the parties and were paid in the amount and by whom indicated:

$_______________ PAID BY ______________________

$_______________ PAID BY ______________________

$_______________ PAID BY ______________________
(use additional page if needed)

Respectfully submitted this ____ day of _______________, ________.

ROBERT CASEY

BAR CARD NUMBER REQUIRED ______________________

ROBERT CASEY
1627 WOODHUE
SPRING, TX 77386,

Approved by County Civil Court at Law No. 2

Presiding Judge

RETURN TO: DIANE TRAUTMAN
ATTN: CIVIL COURTS DEPARTMENT
PO Box 1525
Houston, TX 77251-1525

H01139A (Rev. 05/01/2011)

Confidential information may have been redacted from the document in compliance with the Public Information Act.

**A Certified Copy**
**Attest: 10/21/2019**
**Diane Trautman, County Clerk**
**Harris County, Texas**

**Deputy**
Alba Fraire

CON:492264|16066234

COUNTY CIVIL COURT AT LAW NO. 2
OF HARRIS COUNTY
TEXAS

Docket Number: 1140010

| | | |
|---|---|---|
| Ervin Lee,Equity Custom Builders LLC vs Phillip Smith,Tanaka Smith,Loancare Insurance Processing Center,US Small Business Adminstration,Allstate Insurance Company | §<br>§<br>§<br>§<br>§<br>§ | In the County Civil Court at Law No. 2<br><br>Harris County, Texas |

**ORDER FOR TRIAL SETTING**

It is hereby ORDERED that this case is set for NON-JURY trial on 05/04/2020 at 9:00 AM at 201 Caroline 5th floor Houston, TX 77002.

It is further ORDERED that PLAINTIFF notify all attorneys and Pro Se parties of this ORDER in accordance with TRCP 21a, by certified mail, facsimile and/or hand delivery.

If a minor child is a party by next friend or otherwise, defense counsel is ORDERED to file on or before thirty (30) days prior to the trial date either a Motion and Order to Appoint a Guardian Ad Litem or a Motion and Order to Waive the Appointment of a Guardian Ad Litem.

Should the case settle prior to trial, Plaintiff must immediately notify the Trial Coordinator in writing and must serve all parties with same.

Signed on: 9/26/2019

Jim F. Kovach
Judge Presiding

**PLEASE NOTE:**
**IF THIS CASE IS ELIGIBLE FOR THE FILING OF A DEFAULT JUDGMENT; PLEASE FILE DEFAULT PACKET 10 DAYS PRIOR TO TRIAL DATE. FAILURE TO COMPLY WITH THIS NOTICE COULD RESULT IN YOUR CASE BEING DISMISSED BY THE COURT.**

For answers to Frequently Asked Questions, visit the Court's website at www.ccl.hctx.net/civil/2

EQUITY CUSTOM BUILDERS LLC
512 N HAMPTON ROAD
DE SOTO TX 75115

Form No. H01121 (Rev. 5/9/2019)

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
Diane Trautman, County Clerk
Harris County, Texas

Deputy
Alba Fraire

CON:492264|16119840

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS

**Docket Number: 1140010**

| | | |
|---|---|---|
| Ervin Lee,Equity Custom Builders LLC vs Phillip Smith,Tanaka Smith,Loancare Insurance Processing Center,US Small Business Adminstration,Allstate Insurance Company | §<br>§<br>§<br>§<br>§<br>§ | In the County Civil Court at Law No. 2<br><br>Harris County, Texas |

**ORDER FOR TRIAL SETTING**

It is hereby ORDERED that this case is set for NON-JURY trial on 05/04/2020 at 9:00 AM at 201 Caroline 5th floor Houston, TX 77002.

It is further ORDERED that PLAINTIFF notify all attorneys and Pro Se parties of this ORDER in accordance with TRCP 21a, by certified mail, facsimile and/or hand delivery.

If a minor child is a party by next friend or otherwise, defense counsel is ORDERED to file on or before thirty (30) days prior to the trial date either a Motion and Order to Appoint a Guardian Ad Litem or a Motion and Order to Waive the Appointment of a Guardian Ad Litem.

Should the case settle prior to trial, Plaintiff must immediately notify the Trial Coordinator in writing and must serve all parties with same.

Signed on: 9/26/2019

Jim F. Kovach
Judge Presiding

**PLEASE NOTE:**
**IF THIS CASE IS ELIGIBLE FOR THE FILING OF A DEFAULT JUDGMENT; PLEASE FILE DEFAULT PACKET 10 DAYS PRIOR TO TRIAL DATE. FAILURE TO COMPLY WITH THIS NOTICE COULD RESULT IN YOUR CASE BEING DISMISSED BY THE COURT.**

For answers to Frequently Asked Questions, visit the Court's website at www.ccl.hctx.net/civil/2

ERVIN LEE
512 N HAMPTON ROAD
DE SOTO TX 75115

Form No. H01121 (Rev. 5/9/2019)

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
Diane Trautman, County Clerk
Harris County, Texas

Deputy

Alba Fraire

CON:492264|16119840

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS

DOCKET NUMBER:1140010

| | | |
|---|---|---|
| ERVIN LEE,EQUITY CUSTOM BUILDERS VS. | * | IN THE COUNTY CIVIL COURT AT LAW |
| PHILLIP SMITH,TANAKA SMITH,LOANCARE | * | NO.2 |
| INSURANCE PROCESSING CENTER,US SMALL | * | HARRIS COUNTY,TEXAS |
| BUSINESS ADMINSTRATION,ALLSTATE | * | |
| INSURANCE COMPANY | | |

CERTIFICATE OF SERVICE

1.ORDER FOE TRIAL SETTING,.

2.ORDER OF REFERRAL OF MEDIATION,.

I DO HEREBY CERTIFY THAT A TURE AND CORRECT COPY OF THE ABOVE FOREGOING WILL SERVED

BY PLACE SAME IN THE UNITED STATES MAIL,POST PREPAID,ON THIS DATE OCTOBER 8,2019,

ADDRESSED TO,

1. US Small Business Administration
   All State Insurance Company /Claims Division
   LoanCare Insurance Processing Center

2.

[signature] 10/08-2019

FILED
2019 OCT 15 PM 12:39
[signature]
COUNTY CLERK
HARRIS COUNTY, TEXAS

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
Diane Trautman, County Clerk
Harris County, Texas

[signature] Deputy
Alba Fraire

CON:492264|16119840

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS

U.S. POSTAGE PAID
FCM LG ENV
DESOTO, TX
75115
OCT 09, 19
AMOUNT
$7.45
R2304M114696-03

7018 3090 0001 0213 3189

Ervin LEE / Equity Custom Builders, LLC
512 N. Hampton Road #410
Desoto, TX 75115

In The County Civil Court at Law No. 2
201 Caroline 5th Floor
Houston, TX 77002

CERTIFIED MAIL

RETURN RECEIPT REQUESTED

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy
Attest: 10/21/2019
**Diane Trautman, County Clerk**
Harris County, Texas

COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY TEXAS

Alba Fraire, Deputy

CON:492264|16119840